IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
January 5, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:     SAJ
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA, § § Plaintiff, § v. § § LUCILA CAMACHO, § § Defendant. § § § § | SEALED INDICTMENT EP-22-CR-00030-KC CT 1: 18 U.S.C. §924(a)(1)(A)—Providing False Information on Records Required to be Maintained by a Federal Firearms Licensee |

THE GRAND JURY CHARGES:

COUNT ONE
(18 U.S.C. § 924(a)(1)(A))

That on or about March 12, 2019, within the Western District of Texas, the Defendant,

**LUCILA CAMACHO,**

knowingly made false statements and representations to G.C., an entity licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of G.C. in that when Defendant executed a Bureau of Alcohol, Tobacco and Firearms (ATF) Form 4473, Firearms Transaction Record, Defendant falsely indicated that she lived at an address, when in fact Defendant did not live at the address she listed on ATF Form 4473, in violation of Title 18, United States Code, Sections 924(a)(1)(A).

A TRUE BILL.

███████████████████████
FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY: _____
Assistant United States Attorney